IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15-cr-00096-MR-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PATTIE SUE BRADLEY, ) | |
| Defendant, ) | ORDER |
| ) | |
| and ) | |
| ) | |
| EASTERN BAND OF CHEROKEE ) | |
| INDIANS, ) | |
| Garnishee. ) | |

This matter is before the Court on the Government's Motion for Dismissal of Order of Continuing Garnishment (the "Motion," Doc. 39).

For the reasons stated therein and for good cause shown, the Government's Motion (Doc. 39) is **GRANTED**, and the Order of Continuing Garnishment (Doc. 32) pertaining to the Garnishee named above is **TERMINATED**.

Signed: January 13, 2025

W. Carleton Metcalf
United States Magistrate Judge